## STATE of Missouri, Respondent,

v.

## William C. O'TOOL, Appellant.

### No. WD 73909.

Missouri Court of Appeals, Western District.

Jan. 22, 2013.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 5, 2013.

Application for Transfer to Supreme Court Denied April 30, 2013.

Laura Martin, Kansas City, MO, for Appellant.

Karen Kramer, Jefferson City, MO, for Respondent.

Before: THOMAS H. NEWTON, P.J., JOSEPH M. ELLIS, and GARY D. WITT, JJ.

## ORDER

PER CURIAM:

Mr. William C. O'Tool appeals his conviction and sentence for first-degree statutory sodomy, section 566.062. Mr. O'Tool challenges the trial court's finding that he was a predatory sexual offender.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 30.25(b).